**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2841**

---

FRANS G. CLAASEN,

                                        Plaintiff - Appellant,

        versus

JESSE BROWN, Secretary of Veterans Affairs;
THOMAS H. WEAVER; NORMAN H. STIER, JR.; NANCY
THOMPSON, Medical Director, U.S. Veterans
Affairs Medical Center; BARBARA GALLAGHER,
Regional Director, U.S. Department of Veterans
Affairs; FRANCIS J. CITRO, M.D., Chief of
Staff, U.S. Veterans Affairs Medical Center;
MEREDITH RICHMOND, M.D., Associate Chief of
Staff, Ambulatory Care, U.S. Veterans Affairs
Medical Center; U.S. DEPARTMENT OF VETERANS
AFFAIRS; VETERANS AFFAIRS MEDICAL CENTER;
UNITED STATES OF AMERICA,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge. (CA-96-35-3)

---

Submitted:  August 17, 1999          Decided:  August 30, 1999

---

Before WIDENER, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Frans G. Claasen, Appellant Pro Se.  Diane M. Sullivan, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frans G. Claasen appeals the district court's order affirming the decision of the Disciplinary Appeal Board to uphold Claasen's discharge from employment as a physician at the United States Department of Veterans Affairs Medical Center in Martinsburg, West Virginia.  We have reviewed the record and the district court opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Claasen v. Brown, No. CA-96-35-3 (N.D.W. Va. Nov. 17, 1998); see also 38 U.S.C. § 7462(f) (1994).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED